FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ DEC 2 1 2009

P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAMON BLACKMAN,

                    Petitioner,

   -against-

ROBERT ERCOLE, Superintendent,

                    Respondent.

-----------------------------------------------------------------X

JUDGMENT
06-CV- 0855 (SLT)

     A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on December 17, 2009, denying petitioner's petition for a writ of habeas corpus; it is

     ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that petitioner's petition for a writ of habeas corpus is denied.

Dated:  Brooklyn, New York
         December 18, 2009

                                ROBERT C. HEINEMANN
                                Clerk of Court